**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA**

ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

JUN - 9 2025

By: _____
Deputy Clerk

In re:

Markus Chatman,

Debtor.

Chapter 7

Case No. 25-56116

## MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY

COMES NOW the Debtor, Markus Chatman, and respectfully files this Motion for Limited Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d), and shows the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on or about June 2025.

2. The Debtor is the owner of real property located at 475 McDonough Road, Fayetteville, Georgia 30214 (the "Property"), which is currently subject to a pending foreclosure.

3. The Debtor has entered into a contract with a prospective buyer for the sale of the Property. The sale is anticipated to resolve the secured debt owed to the mortgage lender, New American Funding, and potentially benefit the bankruptcy estate.

4. The Debtor seeks limited relief from the automatic stay for a period of thirty (30) days for the sole purpose of completing the sale transaction and avoiding foreclosure.

5. Granting this Motion will avoid unnecessary legal expenses related to foreclosure and maximize the value of the estate for creditors.

WHEREFORE, Debtor respectfully requests that this Court:

a. Grant limited relief from the automatic stay for thirty (30) days to permit the sale of the Property located at 475 McDonough Road, Fayetteville, Georgia;
b. Waive the 14-day stay under Bankruptcy Rule 4001(a)(3); and
c. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Markus Chatman

132 Centerra Springs Dr.
McDonough, GA 30253
Phone: (404) 587-5787
Email: markchat2013@gmail.com

June 6, 2025

Honorable Sage M. Sigler
U.S. Bankruptcy Court
75 Ted Turner Dr. SW
Atlanta, GA 30303
Room 1340

Re: Request for Limited Relief from Automatic Stay
Case No.: 25-56116
Property: 475 McDonough Rd., Fayetteville, GA 30214

Dear Judge Sigler,

My name is Markus Chatman, and I am the owner of the property located at 475 McDonough Road, Fayetteville, GA 30214. I recently filed for Chapter 7 bankruptcy under case number 25-56116.

The property mentioned above is currently in foreclosure. However, I would like to respectfully inform the Court that we have a prospective buyer under contract for this property. In light of this development, I am requesting that the automatic stay be lifted for a period of 30 days—solely for the purpose of completing the sale.

Allowing this limited relief would enable us to close the transaction and use the proceeds to satisfy the outstanding mortgage debt without restarting foreclosure proceedings. This course of action may benefit all parties involved, including the mortgage lender, by avoiding unnecessary legal and administrative expenses related to foreclosure.

Mortgage Lender:
New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780

Please feel free to contact me if any further information is needed.

Sincerely,

Markus Chatman
132 Centerra Springs Dr.
McDonough, GA 30253
Phone: (404) 587-5787
Email: markchat2013@gmail.com

Markus Chatman

132 Centerra Springs Dr.

McDonough Ga 30253

US MARSHALS SERVICE

Atlanta Georgia

JUN 09 2025

Judge Sage M. Sigler

US Bankruptcy Court

75 Ted Turner Dr. SW

Atlanta GA 30303

Room 1340